## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

DARRELL LEATH,
  Plaintiff,

vs.         Case No. 3:07cv75/MCR/EMT

STATE OF FLORIDA,
  Defendant.

_____/

## O R D E R

  This cause comes on for consideration upon the magistrate judge's report and recommendation dated April 24, 2007.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of any timely filed objections.

  Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

  Accordingly, it is now **ORDERED** as follows:

  1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

  2.  This cause is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915A(b)(1).

  **DONE AND ORDERED** this 29th day of May, 2007.


      s/ *M. Casey Rodgers*
      **M. CASEY RODGERS**
      **UNITED STATES DISTRICT JUDGE**